IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KING JOHN JERMAINE JACKSON,

    Plaintiff,

v.

MADISON COLLEGE and CENTURY LINK,

    Defendants.

ORDER

Case No. 14-cv-188-bbc

---

    Plaintiff King John Jermaine Jackson has filed a proposed civil complaint, alleging that defendants have violated his rights. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

    In this circumstance, plaintiff has no dependents and is currently unemployed. Plaintiff receives approximately $9,600 in social security benefits per year. Plaintiff has no

substantial assets. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff King John Jermaine Jackson for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether this case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 17th day of March, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge