IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. JACKSON,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                              14-cv-188-bbc

MADISON COLLEGE and
CENTURY LINK,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as frivolous.

/s/                                                           3/26/2014

Peter Oppeneer, Clerk of Court                    Date